PRISONER CASE





UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | ERIC WARE | **Defendant(s):** | TERRY L. MCCANN, et al. |
| **County of Residence:** | WILL | **County of Residence:** | |
| **Plaintiff's Address:** | Eric Ware<br>R-32516<br>Stateville - STV<br>P.O. Box 112<br>Joliet, IL 60434 | **Defendant's Attorney:** | Illinios Department of Corrections<br>100 West Randolph, Suite 4-200<br>Chicago, IL 60601 |

FILED
MAY 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

08CV2788
JUDGE ST EVE
MAG. JUDGE SCHENKIER

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes   ☐ No

**Signature:** A.E. Woodham   **Date:** 05/14/2008
St. Eve   06 C 6455
Schenkier