In the United States District Court
Northern District of Illinois

Eric Ware )
v. )
Terry L. McCann et al )

FILED
MAY 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08CV2788
JUDGE ST EVE
MAG. JUDGE SCHENKIER

## Motion for Appointment of Counsel

Comes now, Eric Ware, pro-se, and respectfully requests for Appointment of Counsel pursuant to 28 USC 1915 and states as follows:

1. The plaintiff is indigent and cannot afford to pay fees, charges or cost in this action.

2. The plaintiff request to be Appointed Counsel other than, Daniel Boehnen and James Suggs, because this Honorable Court has appointed their Pro Bono services in a related case and plaintiff does not want to burden them.

3. Plaintiff's claims are complex and may need appointed Counsel in the event that discovery efforts be made, and the plaintiff has very limited access to the law library at his institution.

4. The plaintiff believes in good faith that he has a meritorious claim.

Wherefore, the plaintiff prays for appointment of Counsel.

Respectfully Submitted
Eric Ware
5/9/08

Dear Hon. Clerk, Please file my complaint and also present it to Mr. Schenkier, the magistrate Judge, so he will know I had to sue the same defendants over again after we had a settlement conference. I am indigent and I do not have any in Forma Pauperis Papers, but I have several filings in the court and my financial status has not changed, thank you.

Eric Ware R32516
5/9/08