```
                                                    FILED
                                                  MAY 27 2008
          IN THE UNITED STATES DISTRICT COURT     5-27-2008
          FOR THE NORTHERN DISTRICT OF ILLINOIS
                                                  MICHAEL W. DOBBINS
                                  )               CLERK, U.S. DISTRICT COURT
ERIC WARE,                        )
                                  )
     V.        PLAINTIFF          ) No. 08 C 2788
                                  )
ROGER E. WALKER JR., et-al,       ) HON. AMY J. ST. EVE.
                                  )     JUDGE PRESIDING
               DEFENDANTS         )
```

### MOTION TO SUPPLEMENT COMPLAINT

Now come the Plaintiff, Eric Ware, pro se and moves this Honorable Court to allow him to proceed with his Motion to Supplement his Complaint pursuant to Federal Rule of Civil Procedure 15(d), and states as follows:

1. The Plaintiff advises this Honorable Court that Defendant, Bedwell, and Lieutenant McCosky, normally works on the 3 to 11 shift at the Stateville Correctional Center, and are white Americans.

2. Defendant, nusre Heather, normally works on the 7 to 3 shift, and may be a white American or White Hispanic.

3. Defendant Wexford, delivers medical care to inmates at the Illinois Department of Corrections and is based in Pennsylvania and Florida, but conducts a portion of it's business in the State of Illinois.

WHWEREFORE, the Plaintiff prays that this Court will allow his supplemental Complaint.

RESPECTFULLY SUBMITTED:
Eric Ware
5/21/08