MHN

FILED

MAY 27 2008
5-27-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

ERIC WARE,                           )
                                     )
     V.       PLAINTIFF              ) No. 08 C 2788
                                     )
ROGER E. WALKER JR., et-al,          ) HON. AMY J. ST. EVE.
                                     )    JUDGE PRESIDING
              DEFENDANTS             )

## PLAINTIFF'S MOTION FOR
## HABEAS CORPUS AD TESTIFICANDUM

Now come the Plaintiff, Eric Ware, pro se and hereby submits his Motion for Habeas Corpus Ad Testificandum pursuant to Federal Rule of Civil Procedure 81, and states as follows:

1. The Plaintiff requests this Honorable Court to allow him an emergency hearing via telephone or video. The Plaintiff's life is at risk of danger if he is transferred back to the Stateville Correctional Center for a court writ.

2. The Plaintiff is scheduled to return to Stateville on or about, June 11, 2008, and his court date is on June 19, 2008. The Plaintiff has filed a Motion for a Preliminary Injunction in those regards and requests to verbally speak with the court on this matter.

WHEREFORE, the Plaintiff prays that this Honorable Court will allow him to proceed in a Habeas Corpus Ad Testificandum hearing in an expidited manner.

RESPECTFULLY SUBMITTED:

*Eric Ware*
5/21/08