FILED
MAY 2 7 2008
5-27-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Eric Ware
Plaintiff

v.

Roger E. Walker jr. et al
Defendant(s)

CASE NUMBER 08-C-2788

JUDGE Hon. Amy J. St. Eve

---

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, __Eric Ware__, declare that I am the ☒plaintiff ☒petitioner ☒movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒Yes   ☐No   (If "No," go to Question 2)
   I.D. # __R32516__   Name of prison or jail: __Dixon Corr. Ctr.__
   Do you receive any payment from the institution? ☐Yes ☒No   Monthly amount: __-Balance now__

2. Are you currently employed?   ☐Yes   ☒No
   Monthly salary or wages: __-0__
   Name and address of employer: __0__

   a. If the answer is "No":
      Date of last employment: __NA__
      Monthly salary or wages: _____
      Name and address of last employer: _____

   b. Are you married?   ☐Yes   ☒No
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages   ☐Yes   ☒No
      Amount __NA__ Received by __NA__

    b. ☒ Business, ☐ profession or ☐ other self-employment ☐ Yes ☒ No
    Amount_____ Received by_____

    c. ☐ Rent payments, ☐ interest or ☐ dividends ☐ Yes ☒ No
    Amount_____ Received by_____

    d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
    ☐ Yes ☒ No
    Amount_____ Received by_____

    e. ☐ Gifts or ☐ inheritances ☐ Yes ☒ No
    Amount_____ Received by_____

    f. ☐ Any other sources (state source:_____) ☐ Yes ☒ No
    Amount_____ Received by_____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts? ☐ Yes ☒ No    Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments? ☐ Yes ☒ No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)? ☐ Yes ☒ No
Address of property:_____
Type of property: N/A    Current value: N/A
In whose name held: N/A    Relationship to you: N/A
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
☐ Yes ☒ No
Property: N/A
Current value: N/A
In whose name held: N/A    Relationship to you:_____

8. List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐ No dependents
N/A

At this juncture I am unable to procure a 6 months trust fund account balance. I have an Amended Complaint, but I cannot get copies and I need these filed immediately because its already May 22, and I should be going back to Statesville on 6-11-08, I can get copies until later this week.