# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Eric Ware

                                    Plaintiff,

v.                                                      Case No.: 1:08−cv−02788
                                                        Honorable Amy J. St. Eve

Terry L. McCann, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 12, 2008:

    MINUTE entry before the Honorable Amy J. St. Eve: Plaintiff's Motion to appoint counsel [3] is denied as moot in light of plaintiff's motion to appoint counsel [11] filed on 5/27/08. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.