WARE V. McCann et al 08 C 2788

Emergency Letter - My Life is in Danger

FILED
AUG 12 2008
MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Honorable Court and Clerk

I have allowed my cellmate to mail the attached to this Court. My life is in danger here. I witnessed officers kill an inmate on February 16, 2008 and several officers are under an investigation. Officer Alexander, black female property officer, read through my legal mail. She found a Motion for Preliminary Injunction under (Seal). Ware V. McCann et al 06-C-6455 (N.D. Ill.). She disclosed the contents of the document to other officers who were involved in the murder of Mr. Jerry Rice. I was on a transfer bus to Cook County on June 19, 2008. A woman officer who is under an investigation, she told me on the bus, that I had a big fucking mouth and she knows how to deal with people like me. I am constantly being retaliated against, I even told Ms. Heather on 8/4/08 that I was sorry for filing the law suit against her and I would dismiss it, because I'm afraid she is going to retaliate against me, she said its to late now. I have a separate suit filed in Will County against C/O Alexander, McCann and the Deputy Director, Guy Pierce, (Ware V. McCann et al 08 SC 5646). I have proof that my legal property was searched without me being present, see the attached documents of (Counselor Veal).

Under the penalties of Perjury,
28 USC 1746, Everything in
this letter is true and correct
to the best of my knowledge
and ability.

Eric Ware R32596
8/5/08

State of Illinois )         Eric Ware V. Terry L. McCann et-al
                  )
County of Will    )              08-C-2788

## Affidavit

I, Eric Ware being first duly sworn upon oath deposes and states as follows:

1. On August 5th, 2008 at approxiatemately 4:30 p.m., Defendant, Heather, which is a nurse came to my cell to distribute my medication to me, named clonadine, which is medication for hypertension. I refused to accept it from her because I do not trust her and I requested that someone else from the medical unit distribute it to me. She called for C/O Tate and said this Muthafucker doesn't want to take it now. I told her to please not call me out of my name as she walked up the stairs which is on camera. As she returned down the stairs she stated that you really are stupid. (Muthafucka), and I replied by calling her a Bitch.

2. This is the second altercation since I have sued nurse Heather. On August 4th, 2008. Ms. Heather approached my cell to distribute my medication. I told her that I desired not to take the medication from her because I thought it to be a conflict of interest. I also told her that I needed medical attention for my back, and she said you are burnt up. I stated that, I figure since I'm suing you, that would prompt you to allow me medical attention, she said I don't give a fuck about a Muthafucking lawsuit, I told her we will see what Ms. Amy J. St. EVE will say about this, she said tell her, I don't give a fuck, this is Stateville Muthafucka, and walked away from my cell.

3. I am constantly being retaliated against by defendants.

4. It is clear that the defendants have no regard for the Authority of this Honorable Court or any other Court. Defendant, McCann has refused to allow me cleaning supplies and medication for hypertension, again. I have missed another Court deadline because Mr. McCann has refused to allow me my legal property including a pen, now I will have to pay $350.00 and my case will be dismissed.

5. I have several witnesses who observed Ms. Heather's capricious conduct, including, Mr. Dixon on N-105 wing and my cellmate, Pedro Torres N72270. No inmates are allowed pens or pencils, but I was able to obtain one from an officer here.

6. I am afraid for my life and I may have to physically defend myself against employees here.

7. I have been denied my property, I have no hygiene items, and the institutional State Soap breaks me out, so I am unable to adequately clean myself, and I am sitting in my cell stinking. Upon arriving in my cell, there was urine all over the floor and trash all over the cell. On July 31, 2008, Ms. Vaughan and Ms. Hester, who is now Ms. Wilson, worked my gallery, I requested for medical attention for my back, my property, and cleaning supplies.

8. I was denied the above and Ms. Vaughan stated, that if you don't like the conditions don't come to prison, and Ms. Wilson mocked the same, also Ms. Vaughan acknowledged that we had a settlement agreement is case (Eric Ware V. Terry L. McCann et-al) 06-C-6455, but yet failed to exert her ministerial duties to allow me the above.

9. I have been threated by other officers to keep my mouth closed, because I witnessed officers kill an inmate.

Under the penalties of perjury, 28 USC 1746, Everything is true and correct to the best of my ability:
Eric Ware R32516
8/5/08

Exhibit # 2

NAME: Ware          CELL: M-212
NUMBER: R32516

DATE: 6-20-08



FROM: H. Veal, CCI
Stateville CC - NRC

Ware I spoke with Property I can't get you Down there until Tuesday
They are Closed Saturday off on Sun & Monday

Exhibit #3

NAME: __WARE_____    CELL: __M-309____
NUMBER: __R32516_____

DATE: __6-17-08____

FROM: H. Veal, CCI
Stateville CC - NRC

I personally ~~watched~~ Received Property Check your property - no Medication in Box. They should be sending for you on Wednesday for your other property