08-C-2788 CH

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER WRITE-OUT**
*Stateville Correctional Center*

To the reader: This letter has been inspected for security purposes. This inspection is not verification of the offender's statements contained herein.

When sending funds to an offender by mail, you may only send money orders and/or cashier's checks; each must be in the denomination of $50 or less. You may also send funds via Western Union (there is no limit to the $ amount that you may send in this manner).

You may send or bring approved publications to the facility. Such items will be reviewed by the Publications Review Committee prior to being forwarded to the offender.

The mailing address for offenders at the main facility is: P.O. Box 112, Joliet, IL 60434. The address for those at the facility's Minimum Security Unit is: 20415 Division Street, Crest Hill, IL 60435.

Please include the offender's name and **complete number** on all correspondence, funds and publications that are mailed to the facility.

FILED
AUG 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To: Hon. Amy J. St. EVE
Street: 1630 State Route 53
City: Crest Hill   State: IL   Zip Code: 60403

From: Eric Ware R32516
Eric Ware V. Terry L. McCann et al
08-C-2788

Dear Honorable Amy J. St. Eve,

I am writing you in regards to the case captioned above and I do not have any means to allow the defendants a copy. I was beaten on 8/6/08 by C/O Henderson, C/O Bedwell which is a defendant, along with other officers. I didn't receive any medical attention for my injured back, head or neck. However, a nurse named, Mr. Barnes did come to my cell and witness the scars and bruises on my body and he said that he would disclose that information to the Doctor.

My cellmate, Joseph Calamia K78225 was also beaten by C/O Henderson before my incident on the 7 to 3 shift. We both were seen by nurse Barnes. We both were walked to segregation and received falsified tickets from several officers. Nurse Heather, has purposely left a note in the nurses station that I have permanently refused my hypertension medication, this is after she has told me that I was turned up over a week and a half ago. I have been without soap and deodorant since I've been here, and mine has mysteriously come up missing out of my property, for the second time. I request an injunction which is outlined previously in this action. I surely don't believe that the Public is against me being protected from physical illegal punishments. I could not appear in court because I was told on 8/7/08, that my court date in your court was unimportant and that the judge would simply reschedule.

Turn Over

STA 0050 (Rev. 12/03)

When visiting or corresponding with an offender, you are required to adhere to all departmental and facility rules. You may obtain a copy of these rules from the facility's Visitors' Center, on line at www.idoc.state.il.us or by writing Stateville Correctional Center, P.O. Box 112, Joliet, IL 60434, Attention Audits Office (please include a stamped, self-addressed envelope).

Normally when an individual has two court dates on the same day, 1 by phone, the other via physical appearance, the institution would use vans to transport offenders to court either before or after the phone court date. I also request that you tour the Stateville Correctional Center, I know you don't have to, but I would like for you to see this for yourself. Please allow me an immediate court date in these regards. Thank you for reading, and I could have simply avoided all of this, by getting a 1 day writ from Dixon, the Director has the authority to do so.

Sincerely

Ceci Ware R32516
8/10/08